UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVERETT A. STERN,

    Plaintiff,

vs.                                            Case No. 3:25-cv-755-MMH-MCR

KYC NEWS, INC. and
DAVID MARCHANT,

    Defendants.

## **O R D E R**

**THIS CAUSE** is before the Court on Defendants' Motion to Dismiss (Dkt. No. 15; Motion) filed on August 8, 2025. Plaintiff filed his First Amended Complaint (Dkt. No. 26) on August 12, 2025, which rendered moot the parties' previous pleadings. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

Defendants' Motion to Dismiss (Dkt. No. 15) is **DENIED as MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of August, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record